IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| OTIS MOORE and DOROTHY R. MOORE, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> WRIGHT MEDICAL TECHNOLOGY, INC., ) <br> ) <br> Defendant. ) | CV 114-062 |

_____

**O R D E R**
_____

After several rounds of briefing, Defendant has narrowed the information it asserts should remain confidential to a single document, the expert report of Dr. Mari Truman. (See doc. no. 89.) Upon review, the Court finds Defendant has demonstrated good cause for the proposed redactions to Dr. Truman's report because those redactions contain highly sensitive information that would create a competitive disadvantage for Defendant if made public, (id. at 8-9). See Chicago Tribune Co. v. Bridgestone/Firestone, Inc., 263 F.3d 1304, 1313-1314 (11th Cir. 2001); Loc. R. 79.7. Accordingly, the Court **DENIES AS MOOT** Defendant's motion for leave to file supplemental briefing, (doc. no. 83), and **GRANTS IN PART** Plaintiffs' motion to seal, (doc. no. 66). Thus, the Court **DIRECTS** the **CLERK**, pursuant to Local Rule 79.7(c), to return all documents Plaintiffs sought to have filed under seal that have been maintained in a secure file pursuant to this Court's April 17, 2015 Order. Plaintiffs shall refile, within seven days of this Order, the following documents and exhibits, with only the redactions to Dr. Truman's report approved above: (1) Plaintiffs' Response in Opposition to

Defendant Wright Medical Technology Inc.'s Motion to Exclude Expert Testimony of Dr. Mari Truman; (2) Plaintiffs' Response in Opposition to Defendant Wright Medical Technology Inc.'s Motion to Exclude Expert Testimony of Dr. Sonny Bal; (3) Plaintiffs' Response in Opposition to Defendant Wright Medical Technology Inc.'s Motion to Exclude Expert Testimony of Dr. Reed Ayers; (4) Plaintiffs' Response to Defendant Wright Medical Technology Inc.'s Statement of Material Facts; and (5) Plaintiffs' Response in Opposition to Defendant Wright Medical Technology Inc.'s Motion for Summary Judgment.

SO ORDERED this 2nd day of June, 2015, at Augusta, Georgia.

*[signature]*
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA